IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00015-CR

 

Michael Keith Grier,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 66th District Court

Hill County, Texas

Trial Court No. 33,564

 



MEMORANDUM Opinion










 

            Michael Keith Grier appealed his conviction
of possession of a controlled substance.  We abated this appeal because no
brief had been filed for Grier.  

            Grier has now filed a Motion to
Dismiss Appeal requesting this Court to withdraw the notice of appeal and
dismiss the appeal.  Grier personally signed the motion to dismiss.

            This appeal is reinstated and
dismissed.  Tex. R. App. P.
42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed May 14, 2008

Do
not publish

[CR25]






App.—Fort Worth 2004, pet. ref’d)
(quoting Apolinar v. State, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991))
(citing State v. Sellers, 790 S.W.2d 316, 321 n.4 (Tex. Crim. App. 1990))
(other citations omitted).  Accordingly, the Clerk of this Court notified Mayfield
that these eight appeals were subject to dismissal for want of jurisdiction if she
did not file a response showing grounds for continuing the appeals.  See
Tex. R. App. P. 44.3.  The Court
has received no response.  Accordingly, these appeals are dismissed for want of
jurisdiction.[2]  See
Ahmad, 158 S.W.3d at 527.

                                                                                    PER
CURIAM

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeals
dismissed

Opinion
delivered and filed October 29, 2008

Do
not publish

[CR25]

 









[1]
              Actually, Mayfield filed a single
notice of appeal with all twelve cause numbers on it.

 





[2]
              Mayfield’s appeals in the four
cases in which she was convicted remain pending in this Court.